# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DANA GRAY o/b/o A.G. (a minor), § | |
| Plaintiff, § | |
| v. § | No. 3:17-CV-116-M (BF) |
| NANCY A. BERRYHILL, § | |
| Acting Commissioner of the Social Security § | |
| Administration, § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Findings, Conclusions, and Recommendation.

**SO ORDERED** this 1st day of February, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE